# United States Court of Appeals
## For the First Circuit

### NOTICE OF APPEARANCE

**No.** 25-1257     **Short Title:** Read v. Norfolk County Superior Court

The Clerk will enter my appearance as counsel on behalf of *(please list names of all parties represented, using additional sheet(s) if necessary)*:
Karen Read                                                                                                                as the

[✔] appellant(s)          [ ] appellee(s)          [ ] amicus curiae

[ ] petitioner(s)         [ ] respondent(s)        [ ] intervenor(s)

Martin G. Weinberg
Signature

March 14, 2025
Date

Martin G. Weinberg
Name

Martin G. Weinberg, P.C.
Firm Name (if applicable)

(617) 227-3700
Telephone Number

20 Park Plaza, Suite 1000
Address

(617) 338-9538
Fax Number

Boston, MA 02116
City, State, Zip Code

owlmgw@att.net
Email (required)

Court of Appeals Bar Number: 18917

Has this case or any related case previously been on appeal?

[✔] No          [ ] Yes   Court of Appeals No._____

===============================================================================

**Attorneys for both appellant and appellee must file a notice of appearance within 14 days of case opening.** New or additional counsel may enter an appearance outside the 14 day period; however, a notice of appearance may not be filed after the appellee/respondent brief has been filed without leave of court. 1st Cir. R. 12.0(a).

**Counsel must complete and file this notice of appearance in order to file pleadings in this court.** Counsel not yet admitted to practice before this court must promptly submit a bar application. 1st Cir. R. 46.0(a)(2).

## CERTIFICATE OF SERVICE

I hereby certify that on March 14, 2025, I electronically filed the foregoing document with the United States Court of Appeals for the First Circuit by using the CM/ECF system.

**/s/ Martin G. Weinberg**
Martin G. Weinberg

Dated: March 14, 2025