# United States Court of Appeals
## For the First Circuit

### NOTICE OF APPEARANCE

**No.** 25-1257     **Short Title:** Read v. Norfolk County Superior Court

The Clerk will enter my appearance as counsel on behalf of *(please list names of all parties represented, using additional sheet(s) if necessary)*:

Karen Read _____ as the

[✔] appellant(s)         [ ] appellee(s)         [ ] amicus curiae

[ ] petitioner(s)        [ ] respondent(s)       [ ] intervenor(s)

| | |
|---|---|
| Michael Pabian | March 14, 2025 |
| Signature | Date |
| Michael Pabian | |
| Name | |
| Michael Pabian Law Office, LLC | (617) 227-3700 |
| Firm Name (if applicable) | Telephone Number |
| 20 Park Plaza, Suite 1000 | (617) 338-9538 |
| Address | Fax Number |
| Boston, MA 02116 | pabianlaw38@gmail.com |
| City, State, Zip Code | Email (required) |

Court of Appeals Bar Number: 1181066

Has this case or any related case previously been on appeal?

[✔] No          [ ] Yes   Court of Appeals No._____

================================================================

**Attorneys for both appellant and appellee must file a notice of appearance within 14 days of case opening**. New or additional counsel may enter an appearance outside the 14 day period; however, a notice of appearance may not be filed after the appellee/respondent brief has been filed without leave of court. 1st Cir. R. 12.0(a).

**Counsel must complete and file this notice of appearance in order to file pleadings in this court**. Counsel not yet admitted to practice before this court must promptly submit a bar application. 1st Cir. R. 46.0(a)(2).

## CERTIFICATE OF SERVICE

I hereby certify that on March 14, 2025, I electronically filed the foregoing document with the United States Court of Appeals for the First Circuit by using the CM/ECF system.

<u>**/s/ Michael Pabian**</u>
Michael Pabian

Dated: March 14, 2025