# United States Court of Appeals
## For the First Circuit

No. 25-1257

KAREN READ,

Petitioner - Appellant,

v.

NORFOLK COUNTY SUPERIOR COURT; ANDREA J. CAMPBELL, Massachusetts Attorney General,

Respondents - Appellees.

**ORDER OF COURT**

Entered: March 14, 2025
Pursuant to 1st Cir. R. 27.0(d)

Appellant Karen Read's Assented-to Motion to Set Expedited Briefing Schedule is granted.

By the Court:

Anastasia Dubrovsky, Clerk

cc:
Martin G. Weinberg
David Ronald Yannetti
Michael Francis Pabian
Alan J. Jackson
Thomas E. Bocian
Caleb J. Schillinger