# United States Court of Appeals
## For the First Circuit

_____

### NOTICE OF APPEARANCE

**No.** 25-1257          **Short Title:** Read v. Norfolk County Superior Court, et al

The Clerk will enter my appearance as counsel on behalf of *(please list names of all parties represented, using additional sheet(s) if necessary)*:

Norfolk County Superior Court _____ as the

[  ] appellant(s)          [✔] appellee(s)          [  ] amicus curiae

[  ] petitioner(s)          [  ] respondent(s)          [  ] intervenor(s)

| | |
|---|---|
| /s/ Caleb J. Schillinger | March 17, 2025 |
| Signature | Date |
| Caleb J. Schillinger | |
| Name | |
| Norfolk District Attorney's Office | 781-830-4800 |
| Firm Name (if applicable) | Telephone Number |
| 45 Shawmut Road | 781-830-4801 |
| Address | Fax Number |
| Canton, MA 02021 | caleb.j.schillinger@mass.gov |
| City, State, Zip Code | Email (required) |

Court of Appeals Bar Number: 1155113

Has this case or any related case previously been on appeal?

[✔] No          [  ] Yes   Court of Appeals No. _____

===============================================================

**Attorneys for both appellant and appellee must file a notice of appearance within 14 days of case opening**. New or additional counsel may enter an appearance outside the 14 day period; however, a notice of appearance may not be filed after the appellee/respondent brief has been filed without leave of court. 1st Cir. R. 12.0(a).

**Counsel must complete and file this notice of appearance in order to file pleadings in this court.** Counsel not yet admitted to practice before this court must promptly submit a bar application. 1st Cir. R. 46.0(a)(2).

## Certificate of Service

I hereby certify that on March 17, 2025, I filed this document with the United States Court of Appeals for the First Circuit through the CM/ECF system, and the document will be sent electronically to the registered participants as identified on the Notice of Electronic Filing, including Martin G. Weinberg, Esq., and Michael Pabian, Esq., counsel for the petitioner-appellant in this appeal.

*/s/ Caleb J. Schillinger*

Caleb J. Schillinger
Special Assistant Attorney General