# United States Court of Appeals
## For the First Circuit

No. 25-1257

KAREN READ,

Petitioner - Appellant,

v.

NORFOLK COUNTY SUPERIOR COURT; ANDREA J. CAMPBELL, Massachusetts Attorney General,

Respondents - Appellees.

**ORDER OF COURT**

Entered: March 26, 2025
Pursuant to 1st Cir. R. 27.0(d)

Appellee Andrea J. Campbell failed to file a brief and therefore will not be heard at oral argument except by permission of the court. See Fed. R. App. P. 31(c).

By the Court:

Anastasia Dubrovsky, Clerk

cc:
Thomas E. Bocian
Alan J. Jackson
Michael Francis Pabian
Caleb J. Schillinger
Martin G. Weinberg
David Ronald Yannetti