# United States Court of Appeals
## For the First Circuit

No. 25-1257

KAREN READ,

Petitioner, Appellant,

v.

NORFOLK COUNTY SUPERIOR COURT; ANDREA J. CAMPBELL, Massachusetts Attorney General,

Respondents, Appellees.

**JUDGMENT**

Entered: March 27, 2025

This cause came on to be submitted on the briefs and original record on appeal from the United States District Court for the District of Massachusetts.

Upon consideration whereof, it is now here ordered, adjudged and decreed as follows: The district court's decision is affirmed.

Karen Read's motion to stay the state court proceedings pending appeal is denied as moot.

By the Court:

Anastasia Dubrovsky, Clerk

cc: Martin G. Weinberg, David Ronald Yannetti, Michael Francis Pabian, Alan J. Jackson, Thomas E. Bocian, Caleb J. Schillinger