# Supreme Court of the United States
# Office of the Clerk
# Washington, DC  20543-0001

**Scott S. Harris**
Clerk of the Court
(202) 479-3011

April 3, 2025

Clerk
United States Court of Appeals for the First Circuit
United States Courthouse
1 Courthouse Way
Boston, MA  02210

    Re:  Karen Read
         v. Superior Court of Massachusetts, Norfolk County, et al.
         No. 24-1048
         (Your No. 25-1257)

Dear Clerk:

    The petition for a writ of certiorari in the above entitled case was filed on April 1, 2025 and placed on the docket April 3, 2025 as No. 24-1048.

         Sincerely,

         **Scott S. Harris**, Clerk

         by

         Pipa Fisher
         Case Analyst